B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>District of District of Columbia | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Butternut Street Development, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Butternut Court Condominiums** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):<br>**20-5925806** | Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**415 Butternut Street, NW - Suite #T-1<br>Washington, DC 20012**<br>ZIP CODE **20012-0000** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>District of Columbia | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |

Location of Principal Assets of Business Debtor (if different from street address above): **415 Butternut Street, NW - Suite #T-1 Washington, DC  20012**

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**                                          THIS SPACE IS FOR COURT USE ONLY
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| [x] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [x] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Debts
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [x] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**B1 (Official Form 1) (1/08)** Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Butternut Street Development, LLC** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)    Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
*(Check any applicable box)*

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l))..

**B1 (Official Form 1) (1/08)** Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Butternut Street Development, LLC** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X _____<br>Signature of Debtor<br>X _____<br>Signature of Joint Debtor<br>_____<br>Telephone Number (If not represented by attorney)<br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only one box.)<br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br>X _____<br>Signature of Foreign Representative<br>_____<br>Printed Name of Foreign Representative<br>_____<br>Date |

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X **/s/ Janet Nesse**<br>Signature of Attorney for Debtor(s)<br>**Janet Nesse 358514**<br>Printed Name of Attorney for Debtor(s)<br>**Stinson Morrison Hecker LLP**<br>Firm Name<br>**1150 18th Street, N.W.**<br>**Suite 800**<br>**Washington, DC 20036-3816**<br>Address<br>**202-785-9100 Fax:202-785-9163**<br>Telephone Number<br>**June 2, 2009**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.<br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br>_____<br>Address<br>X _____<br>_____<br>Date<br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual<br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X **/s/ Lee Kriegsfeld**<br>Signature of Authorized Individual<br>**Lee Kriegsfeld**<br>Printed Name of Authorized Individual<br>**Managing Member**<br>Title of Authorized Individual<br>**June 2, 2009**<br>Date | |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### District of District of Columbia

In re  **Butternut Street Development, LLC**                   Case No.
                                    Debtor(s)                  Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **A.R. Meyers & Associates**<br>**8720 Georgia Avenue**<br>**Suite 503**<br>**Silver Spring, MD 20910** | **A.R. Meyers & Associates**<br>**8720 Georgia Avenue**<br>**Suite 503**<br>**Silver Spring, MD 20910** | | | **32,458.60** |
| **Alfonso Moreno**<br>**422 Butternut St, NW**<br>**Washington, DC 20012** | **Alfonso Moreno**<br>**422 Butternut St, NW**<br>**Washington, DC 20012** | | | **24,500.00** |
| **Associated Insurance Mgt.**<br>**8120 Fenton Street**<br>**Ste 300**<br>**Silver Spring, MD 20910** | **Associated Insurance Mgt.**<br>**8120 Fenton Street**<br>**Ste 300**<br>**Silver Spring, MD 20910** | | | **2,171.00** |
| **Cheryl Bogans**<br>**413Butternut St, NW**<br>**#3**<br>**Washington, DC 20012** | **Cheryl Bogans**<br>**413Butternut St, NW**<br>**#3**<br>**Washington, DC 20012** | | | **12,000.00** |
| **DC Treasurer**<br>**Office of Tax and Revenue**<br>**P.O. Box 98095**<br>**Washington, DC 20090** | **DC Treasurer**<br>**Office of Tax and Revenue**<br>**P.O. Box 98095**<br>**Washington, DC 20090** | | | **37,532.47**<br><br>**(0.00 secured)** |
| **DC Water and Sewer Authority**<br>**Billing and Collection**<br>**810 1st Street, NE**<br>**Washington, DC 20036** | **DC Water and Sewer Authority**<br>**Billing and Collection**<br>**810 1st Street, NE**<br>**Washington, DC 20036** | | | **4,279.65** |
| **Dennis Hightower**<br>**415 Butternut Street, NW**<br>**#7**<br>**Washington, DC 20012** | **Dennis Hightower**<br>**415 Butternut Street, NW**<br>**#7**<br>**Washington, DC 20012** | | | **18,500.00** |
| **Golden Hands Movers, Inc.**<br>**11046 Birchtree Lane**<br>**Laurel, MD 20723** | **Golden Hands Movers, Inc.**<br>**11046 Birchtree Lane**<br>**Laurel, MD 20723** | | | **42,075.00** |
| **Griffith Oil**<br>**2510 Schuster Drive**<br>**Cheverly, MD 20781** | **Griffith Oil**<br>**2510 Schuster Drive**<br>**Cheverly, MD 20781** | | | **2,059.16** |

B4 (Official Form 4) (12/07) - Cont.

In re **Butternut Street Development, LLC**      Case No. _____
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Jackson & Campbell** 1120 20th Street, NW Suite 3005 Washington, DC 20036 | **Jackson & Campbell** 1120 20th Street, NW Suite 3005 Washington, DC 20036 | **Attorney's Fee** | | **9,675.69** |
| **Karen Johnson** 415 Butternut Street, NW #12 Washington, DC 20012 | **Karen Johnson** 415 Butternut Street, NW #12 Washington, DC 20012 | | | **18,500.00** |
| **Keith Lambkin** 8307 Navahoe Drive Silver Spring, MD 20903 | **Keith Lambkin** 8307 Navahoe Drive Silver Spring, MD 20903 | | | **1,480.00** |
| **Keys Ridge Construction Co.** 17521 Tripoli Blvd. Dumfries, VA 22026 | **Keys Ridge Construction Co.** 17521 Tripoli Blvd. Dumfries, VA 22026 | **Lien** | | **1,081,240.00** (0.00 secured) |
| **Norma Iglesias** 415 Butternut Street, NW #15 Washington, DC 20012 | **Norma Iglesias** 415 Butternut Street, NW #15 Washington, DC 20012 | **Tenant** | | **18,500.00** |
| **Olympic Electric, Inc.** 6113 Greentree Road Bethesda, MD 20817 | **Olympic Electric, Inc.** 6113 Greentree Road Bethesda, MD 20817 | | | **1,850.00** |
| **PEPCO** P.O. Box 4863 Trenton, NJ 08650-4863 | **PEPCO** P.O. Box 4863 Trenton, NJ 08650-4863 | | | **1,410.72** |
| **Schencorp, Inc.** 112 Meigs Lane Dayton, VA 22821 | **Schencorp, Inc.** 112 Meigs Lane Dayton, VA 22821 | | | **1,190.25** |
| **Sirak Mekonnen** 422 Butternut Street, NW #15 Washington, DC 20012 | **Sirak Mekonnen** 422 Butternut Street, NW #15 Washington, DC 20012 | **Tenant** | | **12,500.00** |
| **The Adams National Bank** 1130 Connecticut Avenue, NW Suite 200 Washington, DC 20036 | **The Adams National Bank** 1130 Connecticut Avenue, NW Suite 200 Washington, DC 20036 | | | **5,167,500.00** (0.00 secured) |
| **Washington Gas** P.O. Box 9001036 Louisville, KY 40290-1036 | **Washington Gas** P.O. Box 9001036 Louisville, KY 40290-1036 | | | **2,836.75** |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Butternut Street Development, LLC**                                Case No.
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **June 2, 2009**                    Signature  **/s/ Lee Kriegsfeld**
                                                    **Lee Kriegsfeld**
                                                    **Managing Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**District of District of Columbia**

In re  **Butternut Street Development, LLC**                             Case No.
                                    Debtor(s)                            Chapter  **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................................................  $      **50,000.00**
   Prior to the filing of this statement I have received ...................................................  $      **50,000.00**
   Balance Due ..............................................................................................................  $           **0.00**

2. The source of the compensation paid to me was:

   ☐ Debtor        ■ Other (specify):    **Not Debtor**

3. The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **June 2, 2009**                         **/s/ Janet Nesse**
                                                  **Janet Nesse 358514**
                                                  **Stinson Morrison Hecker LLP**
                                                  **1150 18th Street, N.W.**
                                                  **Suite 800**
                                                  **Washington, DC 20036-3816**
                                                  **202-785-9100   Fax: 202-785-9163**

# United States Bankruptcy Court
### District of District of Columbia

In re  **Butternut Street Development, LLC**, 
Debtor

Case No. _____

Chapter _____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Heidi Izadi**<br>**8900 Brickyard Road**<br>**Potomac, MD 20854** | **Class B - Member** | **23.33% Equity Security** | |
| **Iradge Izadi**<br>**10718 Rock Run Drive**<br>**Potomac, MD 20854** | **Class B - Member** | **23.33 Equity Security** | |
| **Judy Carr**<br>**6740 Kenwood Fores Lane**<br>**Chevy Chase, MD 20815** | **Class A - Managing Member** | **15% Equity Security** | |
| **Lee Kriegsfeld**<br>**6740 Kenwood Forest Lane**<br>**Chevy Chase, MD 20815** | **Class A - Managing Member** | **15% Equity Security** | |
| **Shahla Izadi**<br>**8900 Brickyard Road**<br>**Potomac, MD 20854** | **Class B - Member** | **23.33% Equity Security** | |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **June  2, 2009**

Signature  **/s/ Lee Kriegsfeld**
**Lee Kriegsfeld**
**Managing Member**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§  152 and 3571.

___**0**___ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
### District of District of Columbia

In re **Butternut Street Development, LLC**                                  Case No.
                                           Debtor(s)                         Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **June  2, 2009**                            **/s/ Lee Kriegsfeld**
                                                      **Lee Kriegsfeld/Managing Member**
                                                      Signer/Title

413, 415, 422 Butternut St, NW
Project 2005 Tenant Assoc. Inc
Washington, DC 20012


A.R. Meyers & Associates
8720 Georgia Avenue
Suite 503
Silver Spring, MD 20910


Abraham M. Fadley
P.O. Box 216
Crownsville, MD 21032


Alfonso Moreno
422 Butternut St, NW
Washington, DC 20012


Apartment Keepers
2121 Wisconsin Avenue, NW
Suite 71
Washington, DC 20007


Arc Environmental Inc.
1311 Haubert Street
Baltimore, MD 21230


Associated Insurance Mgt.
8120 Fenton Street
Ste 300
Silver Spring, MD 20910


Cheryl Bogans
413Butternut St, NW
#3
Washington, DC 20012


Cintas Fire Protection
10611 -K Iron Bridge Road
Jessup, MD 20794

```
DC Treasurer
Office of Tax and Revenue
P.O. Box 98095
Washington, DC 20090



DC Water and Sewer Authority
Billing and Collection
810 1st Street, NE
Washington, DC 20036



Dennis Hightower
415 Butternut Street, NW
#7
Washington, DC 20012



Golden Hands Movers, Inc.
11046 Birchtree Lane
Laurel, MD 20723



Griffith Oil
2510 Schuster Drive
Cheverly, MD 20781



Jackson & Campbell
1120 20th Street, NW
Suite 3005
Washington, DC 20036



Karen Johnson
415 Butternut Street, NW
#12
Washington, DC 20012



Keith Lambkin
8307 Navahoe Drive
Silver Spring, MD 20903
```

Keys Ridge Construction Co.
17521 Tripoli Blvd.
Dumfries, VA 22026



Kriegsfeld Corporation
415 Butternut Street, NW
Suite T-1
WAshington, DC 20012



Madison Properties
7006 Codridge Drive
Temple Hills, MD 20748



Norma Iglesias
415 Butternut Street, NW
#15
Washington, DC 20012



Olympic Electric, Inc.
6113 Greentree Road
Bethesda, MD 20817



PEPCO
P.O. Box 4863
Trenton, NJ 08650-4863



Schencorp, Inc.
112 Meigs Lane
Dayton, VA 22821



Schuman and Felts, Chtd.
4804 Moorland Lane
Bethesda, MD 20814



Sirak Mekonnen
422 Butternut Street, NW
#15
Washington, DC 20012

```
The Adams National Bank
1130 Connecticut Avenue, NW
Suite 200
Washington, DC 20036



The Reinvestment Fund
718 Arch Street
#300-N. Cast Iron Bldg
Philadelphia, PA 19106



Washington Gas
P.O. Box 9001036
Louisville, KY 40290-1036



Waste Management of Maryland
P.O. Box 136483
Philadelphia, PA 19101-3648
```